UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:21-cv-00405

———

**Harold Raven,**
*Plaintiff,*

v.

**Gregg County Sheriff's Office et al.,**
*Defendants.*

———

# ORDER

Plaintiff Harold Raven, a former prisoner of the Gregg County Jail now out of confinement and proceeding pro se, filed this lawsuit concerning an incident in which he fell and hit his head while confined in the jail. The case was referred to United States Magistrate Judge John D. Love. Doc. 3

The magistrate judge ordered plaintiff to amend his complaint to set out a short and plain statement of his claims. Doc. 4. After review of the original and amended complaints, the magistrate judge issued a report recommending that the lawsuit be dismissed without prejudice for failure to state a claim upon which relief may be granted. Doc. 11.

A copy of this report was sent to plaintiff by certified mail at his current address on file, where it was signed for by a person named Jackie Edwards on or before March 14, 2022. No objections have been filed to the magistrate judge's report; however, on March 18, 2022, plaintiff filed a motion for leave to file pleadings electronically and a motion to cure a procedural defect relating to service of process.  Docs. 13, 14.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Doc. 11. Plaintiff's

claims are dismissed without prejudice for failure to state a claim upon which relief may be granted.

*So ordered by the court on April 25, 2022.*

J. CAMPBELL BARKER
United States District Judge